UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Jon Oliver Valenzuela, <br> Defendant. | Case No.: CR 12-463-DMG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources and recent background

1  information is unverified. Unemployed. Allegations of
2  drug use or dealing and associating with known
3  felons. Lack of compliance while on SR. Passport,
4      and/or  albeit expired, missing.
5  B.  (✓) The defendant has not met (his)/her burden of establishing by
6  clear and convincing evidence that (he)/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: violent nature of current allegations

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  4/6/15                      /s/ Jean Rosenbluth
                                          JEAN ROSENBLUTH
18                                            U.S. MAGISTRATE JUDGE